# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 19, 2016

## NO. 03-15-00496-CV

Steven C. Albright and Rhonda Albright, Appellants

v.

Rhea & Sons Enterprises, Inc. d/b/a Rhea Plumbing, Appellee

**APPEAL FROM THE 424TH DISTRICT COURT OF LLANO COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**AFFIRMED IN PART; REVERSED AND REMANDED IN PART --**
**OPINION BY JUSTICE GOODWIN**

This is an appeal from the judgment signed by the trial court on May 20, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the trial court's judgment. Therefore, the Court reverses the trial court's order granting summary judgment as to the Albright's negligence claims against Rhea and remands for further proceedings consistent with this opinion. We affirm the order in all other respects. Each party shall bear their own costs relating to this appeal, both in this Court and in the court below.